IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 1:23-cv-3853 |
| CBOCS WEST, INC., etc., | ) ) Honorable Jorge L. Alonso |
| Defendant. | ) ) |

## STIPULATION FOR VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN, and the Defendant, CBOCS WEST, INC. d/b/a Cracker Barrel Old Country Store, through their respective attorneys of record, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

Respectfully submitted,

| CASS LAW GROUP, P.C | FORD**HARRISON**, LLP |
|---|---|
| By: /s/ Angela C. Spears<br>Angela C. Spears, Esq.<br>20015 S. LaGrange Rd #1098<br>Frankfort, IL 60423<br>T: (833) 343-6743<br>F: (855) 744-4419<br>E: aspears@casslawgroup.com | By: /s/ John O'Connor<br>John O'Connor, Esq.<br>180 North Stetson Avenue, Suite 1660 \|<br>Chicago, IL 60601<br>T: (312) 960-6110<br>F: (312) 332-6130<br>E: JOConnor@fordharrison.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |